# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
| Plaintiff, | |
| vs. | 2:16-cv-00124-JCM-VCF |
| SATICOY BAY LLC SERIES 164 GOLDEN CROWN, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is *Bank of America, N.A. v. Saticoy Bay LLC Series 164 Golden Crown, et al.*, case no 2:16-cv-00124-JCM-VCF.

Under LR 7.1-1(c), a party must file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. A party must promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff Bank of America, N.A. and Defendant Saticoy Bay LLC Series 164 Golden Crown have not complied with this rule.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff Bank of America and Defendant Saticoy Bay must file a certificate of interested parties on or before May 16, 2016.

DATED this 10th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE