|   |   |   |
|---|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP | |
| 2 | Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050 | |
| 3 | 7785 W. Sahara Avenue, Suite 200<br>Las Vegas, NV 89117 | |
| 4 | (702) 475-7967; Fax: (702) 946-1345<br>dnitz@wrightlegal.net | |
| 5 | *Attorney for Plaintiff/Counter-Defendant, Bank of America, N.A.* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.:  2:16-cv-00124-JCM-VCF |
| Plaintiff, | |
| vs. | **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |
| SATICOY BAY LLC SERIES 164 GOLDEN CROWN, a Nevada limited liability company; and PARADISE HILLS LANDSCAPE MAINTENANCE ASSOCIATION, INC., a Nevada non-profit corporation, | |
| Defendants. | |
| SATICOY BAY LLC SERIES 164 GOLDEN CROWN, a Nevada limited liability company, | |
| Counterclaimant, | |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Counter-Defendant. | |

///

///

///

///

///

Page 1 of 3

## NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL

Plaintiff/Counter-Defendant, Bank of America, N.A. ("Plaintiff"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby give notice that Christopher S. Connell, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. Wright, Finlay & Zak, LLP, will continue to represent Plaintiff and request that Dana J. Nitz, Esq. receive all future notices.

DATED this 22 day of February, 2017.

WRIGHT, FINLAY & ZAK, LLP

Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff/Counter-Defendant,
Bank of America, N.A.*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-27-2017

### CERTIFICATE OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAW OF COUNSEL** was made on the 24 day of February, 2017 to all parties identified on the electronic notification system CM/ECF.

/s/Sara Aslinger
An Employee of WRIGHT, FINLAY & ZAK, LLP