GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for SATICOY BAY LLC SERIES 164 GOLDEN CROWN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>SATICOY BAY LLC SERIES 164 GOLDEN CROWN, a Nevada limited liability company; and PARADISE HILLS LANDSCAPE MAINTENANCE ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:16-cv-000124 |
| SATICOY BAY LLC SERIES 164 GOLDEN CROWN, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>BANK OF AMERICA, N.A.;<br><br>Counterdefendant. | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| SATICOY BAY LLC SERIES 164 GOLDEN CROWN,<br><br>Crossclaimant, | |

1

vs.

PARADISE HILLS LANDSCAPE
MAINTENANCE ASSOCIATION, INC.; and
HOMEOWNER ASSOCIATION SERVICES, INC.,

Crossdefendants.

Defendant/Counterclaimant/Crossclaimant, Saticoy Bay LLC Series 264 Golden Crown, Plaintiff/Counterdefendant Bank of America, N.A., and Defendant/Crossdefendant Paradise Hills Landscape Maintenance Association, by and through their counsel of record, stipulate and agree as follows:

1. Bank of America, N.A. filed its Motion for Summary Judgment on September 28, 2017 [ECF No. 44].

2. Paradise Hills Landscape Maintenance Association filed its Motion for Summary Judgment on September 28, 2017 [ECF No. 45].

3. Saticoy Bay LLC Series 264 Golden Crown filed its Motion for Summary Judgment on September 28, 2017 [ECF No. 46].

IT IS HEREBY STIPULATED AND AGREED that all the parties will have an additional seven (7) days to respond to the motions for summary judgment that are currently due October 19, 2017.

IT IS HEREBY STIPULATED AND AGREED that all responses to the motions for summary judgement are due on October 26, 2017.

///

///

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

Dated: October 17, 2017

| | |
|---|---|
| GEISENDORF & VILKIN, PLLC | WRIGHT, FINLAY & ZAK, LLP |
| /s/ Charles L. Geisendorf | /s/ Jamie S. Hendrickson |
| CHARLES L. GEISENDORF, ESQ. | DANA JONATHON NITZ, ESQ. |
| Nevada Bar No. 6985 | Nevada Bar No. 0050 |
| 2470 St. Rose Parkway, Suite 309 | |
| Henderson, Nevada 89074 | JAMIE S. HEDRICKSON, ESQ. |
| | Nevada Bar No. 12770 |
| Attorneys for SATICOY BAY LLC SERIES 164 | 7785 W. Sahara Ave., Suite 200 |
| GOLDEN CROWN | Las Vegas, Nevada 89117 |
| | Attorneys for BANK OF AMERICA, N.A. |

LEACH JOHNSON SONG & GRUCHOW

/s/ Ryan W. Reed
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN W. REED
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for PARADISE HILLS LANDSCAPE MAINTENANCE ASSOCIATION*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** October 18, 2017